ACCEPTED
14-14-00384-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 9:19:34 AM
CHRISTOPHER PRINE
CLERK

# PAUL WEBB, P.C.

ATTORNEYS AT LAW
221 NORTH HOUSTON STREET
WHARTON, TEXAS 77488

PAUL WEBB
VINCENT L. MARABLE III
AMY ROD *

\* **BOARD CERTIFIED - FAMILY LAW**
**TEXAS BOARD OF LEGAL SPECIALIZATION**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
TELEPHONE: 532-5331
10/19/2015 9:19:34 AM
AREA CODE 979
CHRISTOPHER A. PRINE
Clerk

WRITER'S EMAIL:
trippmarable@sbcglobal.net

October 19, 2015

Mr. Christopher A. Prine, Clerk                          VIA E-FILE
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas   77002

RE:    No.  14-14-00384-CV;  <u>Ajaz R. Siddiqui, Najeeb Siddiqui, and Suncoast Environmental and Construction, Inc. v. Farhan S. Qureshi and Syed Khalid Ali</u>; In the Fourteenth Court of Appeals, Houston. Texas

Dear Mr. Prine:

Per my assistant's conversation with your office, I would like to purchase a CD copy of the oral argument presented on Thursday, October 8, 2015, at 2:00 p.m. of the above numbered and styled case.  Please advise the cost and I will mail the check to you.

Sincerely,

/s/ Vincent Lee Marable III
Vincent L. Marable III
Attorney for Appellants Ajaz R. Siddiqui, Najeeb Siddiqui and Suncoast Environmental and Construction, Inc.

VLM:sc